AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 7:23CR42-002 |
| DANIEL HEGGINS | ) |
| a/k/a TEBNU EL-BEY | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Daniel Heggins ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1349 - Bank Fraud Conspiracy
18 USC 1343 - Wire Fraud

Date: 11/17/2023

*K. Anglin, Deputy Clerk*
*Issuing officer's signature*

City and state: Roanoke, Virginia

Elizabeth K. Dillon, United States District Court Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

**COPY DO NOT EXECUTE**

*Arresting officer's signature*

*Printed name and title*

Case 3:23-mj-00434-SCR   Document 1-1   Filed 12/07/23   Page 1 of 1